ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 NOV 22  A 9 44

CLERK _____
S.D. DIST. OF GA.

| | |
|---|---|
| CALVIN RANDLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES DONALD, et al., )<br>)<br>Defendants. ) | CV 106-085 |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Donald and FNU Doe are **DISMISSED**.

SO ORDERED this ____ day of November, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE